**IT IS SO ORDERED.**
s/David A. Ruiz
U.S. District Judge
August 11, 2026

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

Adeyinka Owoyele,

Plaintiff,

v.

Joseph B. Edlow, Director,
U.S. Citizenship and Immigration Services;

Markwayne Mullin, Secretary,
U.S. Department of Homeland Security.

Todd Blanche, Attorney General of
the United States;

Kim Adams, Director,
USCIS Cleveland Field Office

Defendants.

Civil Action No. 1:26-cv-00884-DAR
Hon. David A. Ruiz

---

NOTICE OF VOLUNTARY DISMISSAL

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff moves to voluntarily dismiss this lawsuit. Plaintiff, Adeyinka Owoyele, has received relief, in that he has been scheduled for a citizenship oath ceremony, and his N-400 application has been adjudicated. Plaintiff's Notice to Voluntary Dismiss is being filed herein prior to the service of either an answer or a motion for summary judgment by any of the defendants.

Respectfully submitted,

/s/Margaret Wong
Margaret Wong
Attorney for Petitioner
3150 Chester Ave.
Cleveland, Ohio 44114
(216) 566-9908
(216) 566-1125 (fax)